UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                            :
RAFIA LAWAL,                                                :
                                        Plaintiff,          :
                                                            :          22 Civ. 2637 (LGS)
                        -against-                           :
                                                            :              ORDER
BLANK SHIRTS, INC.,                                         :
                                        Defendant.          :
                                                            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated April 20, 2022, required the parties to file a proposed case

management plan and joint letter by May 25, 2022;

        WHEREAS, the initial pretrial conference is scheduled for June 1, 2022, at 4:00 P.M.;

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

        **ORDERED** the parties shall file a joint letter and proposed case management plan as

soon as possible and no later than **May 27, 2022, at 12:00 P.M.**


Dated: May 26, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE