# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>            -against-<br><br>BLANK SHIRTS, INC.,<br><br>            Defendant. | Civil Case Number: 1:22-cv-02637-LGS |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Defendant in this action. Once the settlement agreement is fully executed, the parties shall file a Stipulation of Dismissal with prejudice, and without attorneys' fees or costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to execute settlement.

Dated: May 27, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*